**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Hon. Matthew F. Kennelly |
| LARRY PAYNE,<br><br>      Plaintiff,<br><br>v.<br><br>ABBVIE INC. AND ABBOTT LABORATORIES, INC.,<br><br>      Defendants. | Case No.: 1:14-cv-04973 |

**PLAINTIFF LARRY PAYNE RESPONSE TO CASE MANAGEMENT ORDER NO. 110 – ORDER TO SHOW CAUSE PURSUANT TO CMO NO. 85**

Counsel of record for Plaintiff Larry Payne ("Plaintiff") respectfully files the following response to Case Management Order No. 110 – Order to Show Cause pursuant to Case Management Order No. 85:

1. On July 1, 2014, Plaintiff filed a complaint in the Testosterone Replacement Therapy Products Liability Litigation ("Testosterone Litigation") in the United States District Court, Northern District of Illinois.

2. On December 8, 2017, the Court issued Case Management Order ("CMO") No. 85, requiring all Plaintiffs of the Testosterone Litigation to complete and execute a Plaintiff Profile Form ("PFF") within 90 days of its entry.

3. CMO No. 85 further states that "Plaintiff's counsel shall have twenty-one (21) days to respond to said Order to Show Cause, which includes the ability to cure the alleged discovery

1

deficiency. There shall be no imposition of a sanction for any plaintiff who cures a deficiency following issuance of an Order to Show Cause."

4. Though Plaintiff has not yet submitted an executed PPF, Plaintiff's counsel continues to make efforts to have Plaintiff submit an executed PPF.

For these reasons, Plaintiff requests that the Court excuse his delayed production of the PPF, and neither dismiss his case, nor impose any sanctions.

Dated: April 27, 2018                                   Respectfully submitted,


/s/ Nicholas A. George
Nicholas A. George, Esq.
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288 (Tel.)
(949) 720-1292 (Fax)
ngeorge@robinsonfirm.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Nicholas George, hereby certify that on April 27, 2018, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy was also provided to Michelle L. Kranz at pservice@toledolaw.com.

/s/ Nicholas A. George
Nicholas A. George